JAMES A. SAVILLE, JR.
KIPP C. LELAND
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiff

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
EUROGRANI S.R.L.;                      :

        Plaintiff,    :   08 CV _____ ( )

- Against -                            :

DOMINION BULK INTERNATIONAL S.A.;      :   **RULE 7.1 STATEMENT**

        Defendant.    :
------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held.

        **NONE**

Dated: New York, New York
      July 9, 2008

_____
Kipp C. Leland