JAMES A. SAVILLE, JR.
KIPP C. LELAND
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiff

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*
------------------------------------X
EUROGRANI S.R.L.;                     :
                                      Index No.: **08 CV 6219 (WHP)**
            Plaintiff,                :

    - Against -                       :    **NOTICE OF VOLUNTARY**
                                           **DISMISSAL**
DOMINION BULK INTERNATIONAL S.A.;     :

            Defendant.                :
------------------------------------X

PLEASE TAKE NOTICE that defendant Dominion Bulk International S.A. having neither appeared, answered or otherwise moved that plaintiff by and through its attorneys Hill Rivkins & Hayden LLP pursuant to Rule 41 of the Federal Rules of Civil Procedure hereby dismisses the captioned action with prejudice and without costs.

Dated: New York, New York
       August 6, 2008

                                HILL RIVKINS & HAYDEN LLP
                                Attorneys for Plaintiff

                        By: _____
                                James A. Saville, Jr.
                                Kipp C. Leland
                                45 Broadway, Suite 1500
                                New York, New York 10006
                                (212) 669-0600