JAMES A. SAVILLE, JR.
KIPP C. LELAND
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
EUROGRANI S.R.L.;                                :

              Plaintiff,                    :     Index No.: **08 CV 6219 (WHP)**

    - Against -                            :     NOTICE OF VOLUNTARY
                                                        <u>DISMISSAL</u>

DOMINION BULK INTERNATIONAL S.A.;   :

              Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

    PLEASE TAKE NOTICE that defendant Dominion Bulk International S.A. having neither appeared, answered or otherwise moved that plaintiff by and through its attorneys Hill Rivkins & Hayden LLP pursuant to Rule 41 of the Federal Rules of Civil Procedure hereby dismisses the captioned action with prejudice and without costs.

Dated: New York, New York
       August 6, 2008

                                  HILL RIVKINS & HAYDEN LLP
                                  Attorneys for Plaintiff

          By: _____
                      James A. Saville, Jr.
                      Kipp C. Leland
                      45 Broadway, Suite 1500
                      New York, New York 10006
                      (212) 669-0600